1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   JORGE L. C., an Individual,                | Case No. 8:23-00277 RGK (ADS)

12                          Plaintiff,

13                          v.                   | ORDER ACCEPTING UNITED STATES
                                                 | MAGISTRATE JUDGE'S REPORT AND
14   MARTIN O'MALLEY, Commissioner of            | RECOMMENDATION
     Social Security,

15
                          Defendant.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion in Support

18   of the Complaint (Dkt. No. 11), Defendant's Brief (Dkt. No. 13), Plaintiff's Reply Brief

19   (Dkt. No. 16), and the Report and Recommendation of United State Magistrate Judge

20   (Dkt. No. 18.)  No objections were filed, and the time to do so has passed.  The Court

21   accepts the findings and recommendations of the Magistrate Judge.

22        Accordingly, IT IS HEREBY ORDERED:

23        1.       The Report and Recommendation (Dkt. No. 18) is accepted;

24        2.       The decision of the Commissioner denying benefits is reversed and

1    remanded for further proceedings; and

2    3.    Judgment is to be entered accordingly.

3

4

5    DATED:  3/27/2024

6    _____

    THE HONORABLE R. GARY KLAUSNER

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24