JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. C., an Individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 8:23-00277 RGK (ADS)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED:  3/27/2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge