UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS COTA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>　　　　　Defendant | CASE NO.  8:23-cv-277 RGK-ADS<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of $8,112 as authorized by 28 U.S.C. § 2412.

Dated:  9/26/2024

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).